IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 05-03061 GAC

JOSE  PEDRAZA AYALA                         Chapter 7

ADELICIA  HERNANDEZ HERNANDEZ


XXX-XX-9290

XXX-XX-0092

FILED & ENTERED ON 8/25/2005

                    Debtor(s)

## ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

    The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee's report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

    **ORDERED** that the Trustee is discharged, that the bond of the trustee is cancelled and the surety thereon released from further liability thereunder and that the estate is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

    San Juan, Puerto Rico, this 25 day of August, 2005.


                                        GERARDO  CARLO ALTIERI
                                        U.S. Bankruptcy Judge

CC:  WIGBERTO  LUGO MENDER
     US TRUSTEE